

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00530-CV

John **MAYO**,
Appellant

v.

**H-E-B, LP**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022-CV-01385
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Velia J. Meza, Justice

Delivered and Filed: January 14, 2026

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On December 16, 2025, appellant filed a motion asking this court to dismiss his appeal.

Appellants' motion to dismiss is granted and the appeal is dismissed. *See* TEX. R. APP. P.

42.1(a)(1).

PER CURIAM